AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

__Southern__ DISTRICT OF __Texas__

Travis Everage

v.

Gary Johnson

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: **B-01-127**

United States District Court
Southern District of Texas
FILED

AUG 1 3 2001

Michael N. Milby
Clerk of Court

---

I, __Travis Everage #628163__, declare that I am the (check appropriate box)

☐ petitioner/plaintiff        ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                        Yes ☐    No ☒

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment          Yes ☐    No ☒
   b. Rent payments, interest or dividends?                          Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?                Yes ☐    No ☒
   d. Gifts or inheritances?                                         Yes ☐    No ☒
   e. Any other sources?                                             Yes ☒    No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

I recieve about twenty-five (25) dollars about every 5 to 6 months from my mother whenever possible.

United States District Court
Southern District of Texas
RECEIVED
AUG 13 2001
Mail 11:42am LA
Michael N. Milby, Clerk

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____       _Travis Lucas_ #628630
                (Date)                          Signature of Applicant

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ | _____ |
| United States Judge    Date | United States Judge    Date |
|  | or Magistrate |

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE           08/08/01
TL49/RMC6694              IN-FORMA-PAUPERIS DATA                    11:19:20
TDCJ#: 00628630 SID#: 04134337 LOCATION: POLUNSKY        INDIGENT DTE: 06/01/01
NAME: EVERAGE,TRAVIS                     BEGINNING PERIOD: 02/01/01
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:      25.00
6MTH DEP:           50.00 6MTH AVG BAL:        17.57 6MTH AVG DEP:       8.33
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
07/01        0.00               0.00    04/01       32.81              25.00
06/01       25.22               0.00    03/01       34.71               0.00
05/01       25.22              25.00    02/01       50.96               0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF  Polk
ON THIS THE  8  DAY OF  August 2001 , I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____



NOTARY PUBLIC STATE OF TEXAS
RICHARD MCKEE
Commission Expires 5-28-2003

Richard McKee
Notary Public