3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

AUG 1 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TRAVIS EVERAGE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-127 |
| | § | |
| GARY JOHNSON | § | |

ORDER

Petitioner, Travis Everage, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by October 15, 2001.

DONE at Brownsville, Texas, this 16th day of August, 2001.

John Wm. Black
United States Magistrate Judge