# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

**OCT 1 5 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TRAVIS EVERAGE,<br>TDCJ #628630<br>    Petitioner, | §<br>§<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-01-127 |
| GARY JOHNSON,<br>    Respondent. | §<br>§<br>§<br>§ | |

## ORDER TO TRANSFER

Petitioner, Travis Everage, is currently incarcerated in the Texas Department of Criminal Justice-Institutional Division at the Terrell Unit in Livingston, Texas. He has filed this action seeking a writ of habeas corpus under 28 U.S.C. § 2254 to challenge a felony conviction from the 20th Judicial District Court for Milam County, Texas. Milam County is located within the Western District of Texas, Waco Division.

Under the venue provision governing federal habeas corpus petitions, 28 U.S.C. § 2241(d), a petition for habeas corpus relief from a state court conviction may be transferred to the district court where the state court which convicted and sentenced the petitioner is located.

Accordingly, the Clerk is **ORDERED** to transfer this petition for a writ of habeas corpus to the Clerk of the Western District of Texas, Waco Division.

The Clerk will provide a copy of this Order to the parties.

SIGNED at Brownsville, Texas, this 12th day of October, 2001.

John Wm. Black
United States Magistrate Judge